UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ILIEANA M. GONZALEZ COLLINS,

Plaintiff,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant.

Case No. 25-cv-05997-AMO

**ORDER TO SHOW CAUSE**

United States District Court
Northern District of California

On October 14, 2025, the Court entered a Scheduling Order in the above-captioned case. Dkt. No. 10. The Scheduling Order set January 14, 2026 as the deadline to complete ADR and January 28, 2026 as the deadline for a status report re ADR. *Id.* at 1. A footnote in the Scheduling Order reads: "The Court notes Plaintiff's statement was filed at 6:34 p.m., after the noon deadline, and without participation by Defendant. The parties then filed an untimely statement, this time joint, on October 10, 2025. Counsel for both parties shall adhere to deadlines going forward. The failure to do so may result in sanctions." *Id.*

When the parties did not file the ADR status report as required, on January 30, 2026, the Court issued a text order directing the parties to file the overdue status report by no later than noon on February 2, 2026. Dkt. No. 23. The filing submitted by that deadline did not report on the status of any completed ADR session. Dkt. No. 24. Instead, the parties' filing reads:

**MEDIATION STATUS**
The Parties have agreed to participate in private mediation prior to trial.
The Parties have selected Phillys G. Pollack as the mediator. Mediation is currently scheduled for April 8, 2026, which is the first available date for mediation.
Accordingly, the Parties respectfully request that the Court continue the Parties' deadline to complete private ADR to April 10, 2026.
The Parties will proceed with mediation on the above-

1

referenced date and will notify the Court of the outcome within five (5) days after mediation completion.

*Id.* at 2.

Based on the parties' February 2 filing, it appears that they did not comply with the January 14, 2026 deadline to complete ADR. Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to comply with that deadline. Each party shall file a written response to this Order to Show Cause by no later than noon on February 17, 2026. Each party's written response shall not exceed 3 pages. As part of its response, each party shall address what steps, if any, it took to comply with the January 14, 2026 deadline to complete ADR and the January 28, 2026 deadline to file a status report re ADR.

The parties' request to continue the ADR deadline is **DENIED** because (1) it is improperly contained in the parties' February 2 filing, rather than presented in a proper motion or stipulation, (2) it is unsupported by a showing of good cause, and (3) it is untimely. *See* Scheduling Order at 2.

**IT IS SO ORDERED.**

Dated: February 9, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2