**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
Andres Quiroga Roldan, Esq. (SBN 356212)
6420 Wilshire Blvd. Suite 1400
Los Angeles, CA 90048
Telephone: (310) 758-1283
Fax: (310) 933-5821
Email: eservice@plsfirm.com

Attorneys for Plaintiff,
**ILEANA M. GONZALEZ COLLINS**

Spencer P. Hugret, Esq.
James P. Mayo, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
shugret@grsm.com;
jmayo@grsm.com;
consumerwarrantyjaguar@grsm.com

Attorneys for Defendant,
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILEANA M. GONZALEZ COLLINS, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 4:25-cv-05997-AMO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ILEANA M. GONZALEZ COLLINS ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties. The parties respectfully request that the Court dismiss this case in its entirety.

Dated: June 30, 2026                    PRESTIGE LEGAL SOLUTIONS, P.C

By  */s/ Andres Quiroga Roldan*
Michelle Yang, Esq.
Andres Quiroga Roldan, Esq.
Attorneys for Plaintiff,
**ILEANA M. GONZALEZ-COLLINS**

Dated:  June 30, 2026                    GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ James P. Mayo*
Spencer P. Hugret, Esq.
James P. Mayo, Esq.
Attorneys for Defendant
**JAGUAR LAND ROVER NORTH AMERICA, LLC**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Araceli Martínez-Olguin
**DATED: 7/1/2026**

PRESTIGE LEGAL SOLUTIONS, P.C.
6420 WILSHIRE BLVD., SUITE 1400, LOS ANGELES, CA 90048

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**